# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GIN UNITE LLC, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| FEDERAL TRADE COMMISSION, | ) [Subpoena issued for *FTC v. Trudeau*, No. |
| | ) 03-cv-03904 (N.D. Ill.) with compliance in |
| Respondent. | ) Boise, Idaho] |

## GIN UNITE LLC'S MOTION TO QUASH SUBPOENA

Movant, GIN Unite LLC ("GIN"), by and through its attorneys, respectfully moves this Court under Federal Rule of Civil Procedure 45 to issue an order quashing the deposition subpoena issued by the Federal Trade Commission ("FTC") to GIN. The subpoena at issue is attached as Exhibit 1 to the Declaration of Ryan M. Sandrock in support of this Motion.

This Motion is made on the grounds and for the reasons set forth in GIN's accompanying Memorandum of Law and the Declaration of Ryan M. Sandrock, both of which have been filed contemporaneously herewith.

Oral argument is requested.

Dated: February 22, 2023  Respectfully submitted,

**GIN UNITE LLC**

By: /s/ *Joshua J. Leonard*
Hethe Clark

Joshua J. Leonard
Clark Wardle LLP
251 E. Front Street, Suite 310
Boise, ID 83701
Tel: (208) 388-1000

4872-4282-3250, v. 1

jleonard@clarkwardle.com

Ryan M. Sandrock*
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
rsandrock@shb.com

Gary M. Miller*
Ian Hansen*
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700
Facsimile:  (312) 558-1195
gmiller@shb.com
ihansen@shb.com

* *Pro hac vice submissions forthcoming*

***Attorneys for Petitioner GIN Unite LLC***

**CERTIFICATE OF SERVICE**

I, Hethe Clark, an attorney, hereby certify that on **February 22, 2023,** I caused a true and correct copy of the foregoing **MOTION TO QUASH SUBPOENA** to be filed electronically. Notice of this filing will be sent through the Court's CM/ECF system to counsel of record.

Crystal D. Ostrum
Federal Trade Commission
600 Pennsylvania Avenue, NW CC-9528
Washington, DC 20580
costrum@ftc.gov

                                        */s/ Joshua J. Leonard*
                                        Joshua J. Leonard